IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER JAMES : 1:19-cv-1440
        Petitioner, :
: Hon. John E. Jones III
v. :
:
WARDEN CLAIR DOLL, :
        Respondent. :

**ORDER**

**February 19, 2020**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition is DENIED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge